United States District Court
Southern District of Texas
**ENTERED**
July 16, 2019
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL  NO.  7:18-CR-1691-1 |
| VIOLA ELIZABETH GARCIA | § | |

### ORDER STRIKING DOCUMENT

The Clerk has noted the filing of your MOTION TO SUPPRESS (DE#113) however, it is deficient as checked.  (L.R. refers to the Local Rules of this District.)

1.  ☐  Document is not filed by attorney of record.  (L.R.11.3)

2.  ☐  Document does not comply with L.R.11.3.A

3.  ☐  Caption of the document is  incorrect (L.R.10.1)

4.  ☐  No certificate of service or explanation why service is not required.  (Cr.L.R.12.4)

5.  ☒  Motion does not comply with Cr. L.R.12.2.

    a.  ☒  No statement of opposition or  non-opposition as to the merits of the motion. (Cr.L.R.12.2.)

    b.  ☐  No certificate of  conference between  counsels  (Cr.L.R.12.2)

    c.  ☐  No separate proposed order attached.  (Cr.L.R.12.2.)

6.  ☐  Other:

The document is struck from the record.

Date: 7/16/19

RICARDO H. HINOJOSA
UNITED STATES  DISTRICT JUDGE

Rev (1/10)