United States District Court
Southern District of Texas
FILED

JUL 2 3 2019

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | Criminal Case No. | M-18-1691-01 |
|---|---|---|---|
| vs | § | Proceeding HEARING | SUPPRESSION |
| VIOLA ELIZABETH GARCIA | § | Date | 7/23/2019 |

## COURT'S EXHIBIT LIST

| No. | DESCRIPTION | OFFERED | OBJ | ADMITTED YES | ADMITTED NO | DISPOSITION |
|---|---|---|---|---|---|---|
| 1 | CD | X | | X | | |
| | | | | | | |

