UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | Case No: 7:18-CR-1691-52-01 |
| Viola Elizabeth Garcia | § § | |

### WAIVER OF RIGHTS AND CONSENT TO PLEA/SENTENCING BY VIDEO CONFERENCE

I acknowledge that I have a right to appear before a judge in person when pleading guilty or United States District Judge when being sentenced. I further acknowledge that I may waive the right to plead guilty or be sentenced in person before the judge, under Federal Rule of Criminal Procedure 43(c).

I have discussed the implications of waiving these rights with my attorney, and I understand the consequences of such a waiver. I am choosing to knowingly, intelligently, and voluntarily waive my rights to plead guilty or be sentenced in person. I consent to the Court accepting my guilty plea and/or sentencing me via video conferencing, or telephone conferencing if video conferencing is not reasonably available.

I am waiving my rights and consenting of my own free will and volition. Nobody, including my attorney, has insisted upon, coerced, or improperly influenced me in my decision to waive my rights and consent to a guilty plea or sentencing via video conferencing, or telephone conferencing if video conferencing is not reasonably available.

Executed this 28 day of May, 2020, in Raymondville, Texas.

Only for June 1, 2020

_____
Defendant

_____
Defense Counsel