1/12/22.

Dear,
   Honarble, United States District Magistrate Judge, I am Viola E Garcia When I had gone before you back in 2019 you had told my Attorney Becerra Juan Jose to see too, it that my property would be releassed for the kids for food and my personel paper work
   Well Sr. Becerra never fallowed through to see that It got done.
   My children came to Visite and When't to Mission PD and the Superviser said that the investagator was out of towne, The Supervisoer himself could have singed off on it
   Well Sr. I am sending this to you so that you know as of this date they still have not releassed my property. My new Attorney is Richard Garcia (956) 682-9477 phone, 526 N 10 St McAllen Tx. 78501, My daughter's Address is PO Box 254 Bullhead City, Az. 86430
   Please You Honarble Magistrate can you have them send it to my Attorney or to my daughter. Being that they did come all the way from Califina.
      Thank You Sincainly,
         Viola G.

Viola E Garcia 67003/079
901 County Rd 201  PHS-3 phu31
Fal Furrias, TX 78355

7:18-cr-1691-01

CLERK U.S. DISTRICT COURT
RECEIVED
JAN 18 2022
SOUTHERN DIST. OF TEXAS
McALLEN, TEXAS

Legal

staff look over

7850185170

CORPUS CHRISTI
TX 784 1 L
13 JAN 2022 PM

Honorable United States
District
Magistrate Judge
Bentsen Tower
1701 W. Business Highway
McAllen, Texas 78501